UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:11-cv-22319-UU

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity,

        Plaintiff,

  v.

WAN SAN SAN, PENG PENG, and DOES
1-10,

        Defendants.
_____/

**PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING
ALTERNATE SERVICE OF PROCESS ON DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

Louis Vuitton Malletier, S.A ("Louis Vuitton" or "Plaintiff"), hereby does apply, on an *ex parte* basis, for an order authorizing service of the Summonses, the Complaint, and all subsequent pleadings and discovery in this matter, upon Defendants Wan San San and Peng Peng (collectively the "Defendants") doing business as the domain names identified on Schedule "A" annexed hereto (the "Subject Domain Names"), via electronic mail ("e-mail') pursuant to 4(f)(3) of the Federal Rules of Civil Procedure.

This Application is made upon the ground that, despite reasonable diligence, Plaintiff has not been able to physically locate Defendants, because Defendants are purposefully concealing their location. Thus, Plaintiff is unable to serve Defendants in any other manner allowed under the Federal Rules of Civil Procedure and/or the Florida Rules of Civil Procedure.

This Application is based upon the accompanying Memorandum of Points and Authorities, the Declarations of Stephen M. Gaffigan, Danilo Marquez, and Huang Yu Ting, and exhibits thereto, filed concurrently herewith, and the complete files and records of this action,

and such other matters as Plaintiff may call to the Court's attention at or before the time of the hearing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court grant its *ex parte* application for an order authorizing service of the Summonses, Complaint, and all subsequent pleadings and discovery in this matter upon each Defendant at the e-mail addresses sales_support@hotmail.com, Purse_store@yahoo.com, mrguang80@yahoo.com, and shengli00@gmail.com.

Dated: July 25, 2011                         Respectfully submitted,

                                             STEPHEN M. GAFFIGAN, P.A.

                                             By: _____s:/smgaffigan/_____
                                                 Stephen M. Gaffigan (Fla. Bar No. 025844)
                                                 Virgilio Gigante (Fla. Bar No. 082635)
                                                 401 East Las Olas Blvd., #130-453
                                                 Ft. Lauderdale, Florida 33301
                                                 Telephone: (954) 767-4819
                                                 Facsimile: (954) 767-4821
                                                 E-mail: stephen@smgpa.net
                                                 E-mail: leo@smgpa.net

                                             Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

**SCHEDULE "A"**
**SUBJECT DOMAIN NAMES**

1. bagaround.com
2. burberryoutletbags.net
3. louis-vitton-outlet-us.com
4. louisvuittonbagsoutlet.com
5. louisvuittonoutletb.com
6. louisvuittonoutletbagsus.com
7. louisvuittonoutletd.com
8. louisvuittonoutletg.com
9. louisvuittonoutletsale.net
10. louisvuittonoutletusa.com