UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:11-cv-22319-UU

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity,

       Plaintiff,

   v.

WAN SAN SAN, PENG PENG, and DOES
1-10,

       Defendants.

_____/

## DECLARATION OF DANILO MARQUEZ
## IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
## <u>ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS</u>

I, Danilo Marquez, declare and state as follows:

1.     I am over 18 years of age, and I have personal knowledge of the facts set forth below.  I submit this declaration in support of Plaintiff's *Ex Parte* Application for Order Authorizing Alternate Service of Process (the "*Ex Parte* Application").  If called upon to do so, I could and would testify competently to the matters set forth herein.

2.     I am an employee of Investigative Consultants, a licensed private investigative firm.

3.     Counsel for Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") retained my firm to investigate the suspected sale of counterfeit Louis Vuitton products by the Defendants Wan San San and Peng Peng (collectively the "Defendants") via the Internet websites operating under the domain names listed in Schedule "A" to Plaintiff's *Ex Parte* Application (collectively the "Subject Domain Names").  Also, because the physical addresses provided by Defendants in the domain name registration records for the Subject

Domain Names are either false or invalid, I was retained to confirm whether the electronic mail ("e-mail") addresses listed in the WHOIS registration records for the Subject Domain Names are reliable methods of contact for Defendants.   As detailed below, Defendants have provided accurate e-mail address information despite falsifying their physical address data.

DEFENDANTS' INTERNET WEBSITES

4.      On June 14, 2011, I accessed the Internet website jointly operated by Defendants, louisvuittonoutletsale.net.  Upon accessing the website, I was able to browse the online store for products bearing Louis Vuitton trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with the website.  I then placed an order for the purchase of a bracelet bearing one or more of the Louis Vuitton trademarks at issue in this action for a total purchase price of $48.98, to be shipped to my address in Miami, Florida. In order to finalize my payment, I was required to create an account with the louisvuittonoutletsale.net online store.  Following the creation of my account, on June 16, 2011, I finalized payment for the Louis Vuitton branded bracelet via credit card.  My purchase was processed entirely online, which included providing shipping and billing information, payment, and confirmation of my order.  True and correct copies of the louisvuittonoutletsale.net webpage listings I printed which show the Louis Vuitton branded bracelet I purchased, together with true and correct redacted copies of the order processing and confirmation web pages, are attached hereto as Composite Exhibit "A."

5.      During the course of my investigation regarding the purchase of the Louis Vuitton branded bracelet via louisvuittonoutletsale.net, I communicated with Defendants electronically via the e-mail addresses sales_support@hotmail.com and Purse_store@yahoo.com.  Specifically, on June 14, 2011, I received an e-mail message from Purse_store@yahoo.com welcoming me to

the website operating under the domain name, pursestore.uk.com, and directing me to contact Purse_store@yahoo.com with any questions or concerns regarding my order from louisvuittonoutletsale.net.  As such, I responded to Purse_store@yahoo.com to confirm my order from louisvuittonoutletsale.net and to request payment information.   Shortly thereafter, I received a reply from Purse_store@yahoo.com, instructing me to submit payment for the Louis Vuitton branded bracelet I ordered via louisvuittonoutletsale.net by credit card.  The e-mails did not bounce back, nor were they returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational. Under ordinary circumstances when an e-mail is sent to an invalid address or cannot be received, the e-mail is bounced back to the issuer.  Additionally, I received a Read-Notify return receipt for the June 14, 2011 e-mail I sent to Purse_store@yahoo.com, confirming the e-mail was opened on June 15, 2011 and identifying the location of the recipient as China.   True and correct redacted copies of the e-mail correspondence with Defendants using the e-mail address, Purse_store@yahoo.com, are attached hereto as Composite Exhibit "B."

6.      Additionally, on June 14, 2011, I sent an e-mail message to Defendants at sales_support@hotmail.com and Purse_store@yahoo.com to confirm my order from louisvuittonoutletsale.net and to request payment information.  Subsequently, I received an e-mail reply from Defendants using the e-mail address, sales_support@hotmail.com, confirming my order for the Louis Vuitton branded bracelet and instructing me to finalize payment. The e-mail did not bounce back, nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational.  Additionally, I received a Read-Notify return receipt for the June 14, 2011 e-mail I sent to sales_support@hotmail.com, confirming the e-mail was opened on June 14, 2011 and identifying the location of the recipient as China.  True and correct

redacted copies of the e-mail correspondence with Defendants using the e-mail address, sales_support@hotmail.com, are attached hereto as Composite Exhibit "C."

      7.     Shortly thereafter, I received an e-mail from Purse_store@yahoo.com stating that my order had been shipped, and providing the Express Mail Service ("EMS") online tracking number (EE456621063CN) for the shipment.  I accessed the EMS website at http://www.ems.com.cn, and conducted an online tracking search using the tracking number I received.  The shipment tracking data traced the shipping origin of the package to be Shanghai, China.  A true and correct copy of the e-mail I received from Purse_store@yahoo.com, together with the tracking page from the EMS website showing the package was shipped from Shanghai, China is attached hereto as Composite Exhibit "D."

      8.     My firm received a package containing the Louis Vuitton branded bracelet I purchased via the louisvuittonoutletsale.net website, which was shipped directly to my address in Miami, Florida via Express Mail Service.  The outside packaging identified Shanghai, China as the shipping origin.  True and correct photographs of the Louis Vuitton branded bracelet I purchased and received from Defendants through their louisvuittonoutletsale.net website are attached hereto as Composite Exhibit "E."

      9.     Thereafter, the detailed photographs and detailed web page listings for the Louis Vuitton branded bracelet I purchased via louisvuittonoutletsale.net were sent to Nikolay Livadkin at Louis Vuitton in Paris, France for evaluation.

DEFENDANTS' CONTACT INFORMATION

      10.    I reviewed the WHOIS records for the Subject Domain Names, which are attached as Composite Exhibit "B" to the Declaration of Stephen M. Gaffigan in support of Plaintiff's *Ex Parte* Application.

11.     On June 27, 2011, I sent pretextual e-mails to Defendants via the contact e-mail addresses provided in the contact section of the WHOIS registration records for the Subject Domain Names, mrguang80@yahoo.com and shengli00@gmail.com.[1]   The e-mails did not bounce back nor were they returned as "undeliverable," thereby demonstrating the e-mail addresses are valid and operational.  Moreover, I received a Read-Notify return receipt for the e-mails I sent to mrguang80@yahoo.com and shengli00@gmail.com, confirming the e-mails were delivered and confirming the reliability of each e-mail address.  True and correct redacted copies of the pretext e-mails I sent to Defendants, together with the return receipts, are attached hereto as Composite Exhibit "F."

ALTERNATIVE PHYSICAL ADDRESS INVESTIGATION

12.     I have conducted an investigation into Defendants, and my research included all available public records namely the white pages, local and national business directories and the maps available.  I have not been able to locate a valid address for any individual by any of the Defendants' names that I can reasonably believe are the operators of the Internet websites at issue.  However, based upon my investigation, I can attest that if process is served upon Defendants at the e-mail addresses sales_support@hotmail.com,  Purse_store@yahoo.com, mrguang80@yahoo.com, and shengli00@gmail.com, the Defendants responsible for operating the subject websites will receive actual notice of this action.

---

[1] The e-mails I sent to erteer@yahoo.com, sert@yahoo.com, wansan019@yahoo.com, and sertw@yahoo.com, the contact e-mail addresses provided in the contact section of the WHOIS registration records for the Subject Domains, louis-vitton-outlet-us.com and louisvuittonoutletusa.com, burberryoutletbags.net and louisvuittonoutletbagsus.com, louisvuittonoutletd.com, and louisvuittonoutletsale.net, respectively, failed to be delivered, and as such, are non-operational e-mail addresses.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed the ⁵⁻ day of July, 2011, at Torrance, California.

DANILO MARQUEZ

# Composite Exhibit A

Louis Vuitton outlet,discount for sale store sale cheap authentic louis vuitt...          http://www.louisvuittonoutletsale.net/



**MERRY CHRISTMAS**   SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

**WOMEN**
- Louis Vuitton Handbags
- Louis Vuitton Jewelry
- Louis Vuitton Sunglasses
- Louis Vuitton Shoes
- Louis Vuitton Belts
- Louis Vuitton Hats
- Louis Vuitton Watches
- Louis Vuitton Scarves
- Louis Vuitton Travel Luggage
- Small Leather Goods

**MEN**
- Louis Vuitton Bags
- Louis Vuitton Sunglasses
- Louis Vuitton Shoes
- Louis Vuitton Belts
- Louis Vuitton Watches
- Louis Vuitton Travel Luggage
- Small Leather Goods



AMAZING SALE

SAVE UP TO **50%** OFF

PLUS complimentary shipping on order of $60

**WHY CHOOSE US ?**   100% pure leather   1:1 material with official   Safest&Promptly Shipping   14 days money back guaranteed

### New Arrivals






Louis Vuitton Verona PM M41117

Louis Vuitton Beverly GM M40120

Louis Vuitton L M95765

Louis Vuitton Brea GM M91616







Shoulder Bags

Totes

Travel Luggage

Sunglasses

Belts

Small Leather Goods

 

## Create an Account

**First Name** *

**Last Name** *

**Email Address** *

☑ Sign Up for Newsletter

**Password** *

**Confirm Password** *



**MERRY CHRISTMAS**  SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

Account Dashboard
Account Information
**Address Book**
My Orders
My Product Reviews
My Tags
My Wishlist
Newsletter Subscriptions
My Downloadable Products

Default Category
WOMEN
MEN
LINE
BEST SELLERS
NEW ARRIVALS
GIFTS
top

You have no items in your shopping cart.

You have no items to compare.

**First Name** *

**Last Name** *

**Company**

**Telephone** *

**Fax**

**Street Address** *

**City** *
Miami

**State/Province** *
Florida

**Zip/Postal Code** *
33131

**Country** *
United States

 MERRY CHRISTMAS  SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99 

Home / WOMEN / Louis Vuitton Colorful Charm Padlock Silver Bracelet

**WOMEN**

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Hats

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods





**Louis Vuitton Colorful Charm Padlock Silver Bracelet**

Email to a Friend
Be the first to review this product

Availability: In stock

Price: **$42.99**

 1:1 material with official   12-24 hours fast shipping

14 days money back guaranteed

Qty: 1   OR   Add to Wishlist
Add to Compare

| Products Description | Online Security | Shipping&Return |
| --- | --- | --- |

Louis Vuitton bracelet with beautiful charm and LV features on the padlock. Sterling silver with the link clasp bracelet.

Double click on above image to view full picture



**MORE VIEWS**



back to top



 

MERRY CHRISTMAS SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

WOMEN
- Louis Vuitton Handbags
- Louis Vuitton Jewelry
- Louis Vuitton Sunglasses
- Louis Vuitton Shoes
- Louis Vuitton Belts
- Louis Vuitton Watches
- Louis Vuitton Scarves
- Louis Vuitton Travel Luggage
- Small Leather Goods

MEN
- Louis Vuitton Bags
- Louis Vuitton Sunglasses
- Louis Vuitton Shoes
- Louis Vuitton Belts
- Louis Vuitton Watches
- Louis Vuitton Travel Luggage
- Small Leather Goods

## Checkout

Select a billing address from your address book or enter a new address.

New Address

First Name *

Last Name *

Company

Address *

City *
Miami

State/Province *
Florida

Zip/Postal Code *
33131

Country *
United States

Telephone *

Fax

Save in address book

Ship to this address  Ship to different address

2 Shipping Information
3 Shipping Method
4 Payment Information
5 Order Review

**YOUR CHECKOUT PROGRESS**

- Billing Address
- Shipping Address
- Shipping Method
- Payment Method

**MERRY CHRISTMAS** *SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99*

RSS Feed

Account Dashboard

Account Information

Address Book

My Orders

My Product Reviews

My Tags

**My Wishlist**

Newsletter Subscriptions

My Downloadable Products

| Product | Comment | Added On | Add to Cart |
|---|---|---|---|
| Louis Vuitton Colorful Charm Padlock Silver Bracelet<br><br>Price: **$42.99** | Please, enter your comments... | Jun 14, 2011 | |

Default Category

WOMEN

MEN

LINE

BEST SELLERS

NEW ARRIVALS

GIFTS

top

There is 1 item in your cart.

Cart Subtotal: **$42.99**

**Recently added item(s)**

Louis Vuitton Colorful Charm Padlock Silver Bracelet
1 x $42.99

You have no items to compare.





**MERRY CHRISTMAS**   SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

" "    #

| | | | Product Name | Move to Wishlist | Unit Price | Qty | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | **Louis Vuitton Colorful Charm Padlock Silver Bracelet** | ☐ | *4+.55 | 0 | *4+.55 |

| Continue Shopping | | | | | | | Update Shopping Cart |



Free faceless watches for orders over $299.99

$    §    &    '   (   )     *

*+, - ./0    $    &   (   (     ↑   0/ 2   3    §

**DISCOUNT CODES**

*    (
.

|        |        |
|--------|--------|
|        | *4+.55 |
| **Grand Total** | **$42.99** |

!

!



**WOMEN**

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

**MEN**

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

Checkout

Select a billing address from your address book or enter a new address.

Miami, Florida 33131, United States

○ Ship to this address    ○ Ship to different address

2    Shipping Information

3    Shipping Method

4    Payment Information

5    Order Review

**YOUR CHECKOUT PROGRESS**

Billing Address

Shipping Address

Shipping Method

Payment Method

**MERRY CHRISTMAS**  SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

Checkout

| 1 | Billing Information |
| 2 | Shipping Information |
| ☐ | |

◉ **EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days.**

◉ **DHL-Safer&Faster, $30/item, usually arrived in 3-5 business days.**

| 4 | Payment Information |
| 5 | Order Review |

**YOUR CHECKOUT PROGRESS**

**Billing Address | Change**

Miami, Florida, 33131
United States

**Shipping Address | Change**

Miami, Florida, 33131
United States

Shipping Method

Payment Method



**MERRY CHRISTMAS**    SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

## Checkout

1   Billing Information

2   Shipping Information

3   Shipping Method

☐

○   **Credit Card A ( Visa )**

VISA

○   **Credit Card B ( MasterCard )**

MasterCard

Select option A to pay with VISA, and B if you pay with MasterCard; Please back to reorder and try with other options if your first payment did not get through or contact our Customer Service, all of the questions would be answered with 30 mins.

**Please note:** Your personal and financial information is safe with us. Your information is encrypted and secured during its trip across the internet to prohibit viewing by a third party.

5   Order Review

**YOUR CHECKOUT PROGRESS**

| Billing Address | **Change** |
| --- | --- |

Miami, Florida, 33131
United States

| Shipping Address | **Change** |
| --- | --- |

Miami, Florida, 33131
United States

| Shipping Method | **Change** |
| --- | --- |

- EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days. $5.99

Payment Method



| Product Name | Price | Qty | Subtotal |
|---|---|---|---|
| **Louis Vuitton Colorful Charm Padlock Silver Bracelet** | $42.99 | 1 | $42.99 |
| | | Subtotal | $42.99 |
| | | Shipping | $5.99 |
| | | **Grand Total** | **$48.98** |

WOMEN

Louis Vuitton Handbags
Louis Vuitton Jewelry
Louis Vuitton Sunglasses
Louis Vuitton Shoes
Louis Vuitton Belts
Louis Vuitton Watches
Louis Vuitton Scarves
Louis Vuitton Travel Luggage
Small Leather Goods

MEN

Louis Vuitton Bags
Louis Vuitton Sunglasses
Louis Vuitton Shoes
Louis Vuitton Belts
Louis Vuitton Watches
Louis Vuitton Travel Luggage
Small Leather Goods

**YOUR CHECKOUT PROGRESS**

Billing Address  |  _Change_

Miami, Florida, 33131
United States

Shipping Address  |  _Change_

Miami, Florida, 33131
United States

Shipping Method  |  _Change_

- EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days. $5.99

Payment Method  |  _Change_

Credit Card A ( Visa )



Grand Total: **USD48.98** , Order Number: -4BDJ20110615235604

**Select card kind**

○  VISA

**Please fill in Credit Card Information**

First Name*:
Last Name*:
Card Number*:
Expiry Date*:  Month  Year
CVV Code*:  On the back of your card, find the last three or four digits

**Enter Your Credit Card Billing Address**

Street*:
City/Town*:  Miami
State/Province:  FL
Postcode/Zip*:  33131
Country/Region*:  United States of America (USA)
Telephone*:
E-mail*:

*The bill address MUST match the address where your credit card statement is mailed to. If this address not match,your order will be delayed while we attempt to contact you.

Postcode/Zip?
If there is no post code, please enter any number.

Telephone?

Card Issuing bank*:
Country of card Issuing Bank*:

*In order to secure your infomation, Please enter the whole name of the issuing bank.

Submit

VERIFIED by VISA      MasterCard. SecureCode.      JCB J/Secure

Copyright © 1999 - 2009 IPS. All Rights Reserved



WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

Checkout

1 | Billing Information

Select a shipping address from your address book or enter a new address.

| Miami, Florida 33131, United States |

☐ **Use Billing Address**

3  Shipping Method

4  Payment Information

5  Order Review

**YOUR CHECKOUT PROGRESS**

Billing Address | Change

Shipping Address

Shipping Method

Payment Method



WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

## Checkout

| 1 | Billing Information |
| 2 | Shipping Information |
|   |  |

○ **EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days.**

○ DHL-Safer&Faster, $30/item, usually arrived in 3-5 business days.

| 4 | Payment Information |
| 5 | Order Review |

**YOUR CHECKOUT PROGRESS**

Billing Address | Change

Shipping Address | Change

Miami, Florida, 33131
United States

Shipping Method

Payment Method

**MERRY CHRISTMAS** SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

## Checkout

1  Billing Information

2  Shipping Information

3  Shipping Method

☐

◉  **Credit Card A ( Visa )**

    VISA

○  **Credit Card B ( MasterCard )**

Select option A to pay with VISA, and B if you pay with MasterCard; Please back to reorder and try with other options if your first payment did not get through or contact our Customer Service, all of the questions would be answered with 30 mins.

**Please note:** Your personal and financial information is safe with us. Your information is encrypted and secured during its trip across the internet to prohibit viewing by a third party.

5  Order Review

**YOUR CHECKOUT PROGRESS**

**Billing Address  |  Change**

**Shipping Address  |  Change**

Miami, Florida, 33131
United States

**Shipping Method  |  Change**

- EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days. $5.99

Payment Method



MERRY CHRISTMAS   SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

WOMEN

Louis Vuitton Handbags

Louis Vuitton Jewelry

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Scarves

Louis Vuitton Travel Luggage

Small Leather Goods

MEN

Louis Vuitton Bags

Louis Vuitton Sunglasses

Louis Vuitton Shoes

Louis Vuitton Belts

Louis Vuitton Watches

Louis Vuitton Travel Luggage

Small Leather Goods

Checkout

1  Billing Information

2  Shipping Information

3  Shipping Method

4  Payment Information

| Product Name | Price | Qty | Subtotal |
| --- | --- | --- | --- |
| Louis Vuitton Colorful Charm Padlock Silver Bracelet | $42.99 | 1 | $42.99 |
| | Subtotal | | $42.99 |
| | Shipping | | $5.99 |
| | **Grand Total** | | **$48.98** |

YOUR CHECKOUT PROGRESS

Billing Address  |  Change

Shipping Address  |  Change

Miami, Florida, 33131
United States

Shipping Method  |  Change

- EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days. $5.99

Payment Method  |  Change

Credit Card A ( Visa )



**Grand Total: USD48.98** , Order Number: -4BDJ20110616235749

**Select card kind**

○  VISA

**Please fill in Credit Card Information**

First Name*:
Last Name*:
Card Number*:
Expiry Date*:
CVV Code*:   019        On the back of your card, find the last three or four digits

**Enter Your Credit Card Billing Address**

Street*:                                          * The bill address MUST match the address where your credit
City/Town*:                                       card statement is mailed to. If this address not match,your
State/Province:                                   order will be delayed while we attempt to contact you.
                                                  Postcode/Zip ?
Postcode/Zip*:                                    If there is no post code, please enter any number.
Country/Region*:  United States of America (USA)
Telephone*:                                       Telephone ?
E-mail*:

Card Issuing bank*:   _                           * In order to secure your infomation, Please enter the whole
Country of card Issuing                           name of the issuing bank.
Bank*:   United States of America (USA)

[ Submit ]

Copyright © 1999 - 2009 IPS. All Rights Reserved



English

**Payment Successful**

Attention please there may be a difference between the actual amount deducted and the amount paid because of the difference of exchange rate in international credit card transaction.

Transaction date: 6/16/2011 Order number: -4BDJ20110616235749 IPS serial number: NT2011061782839258

And this page will automatically jump to the merchant's page in **5** seconds,

also you can click the button "Direct Jump" to do it.    **Direct Jump**



Copyright © 1999 - 2011 IPS. All Rights Reserved.

Louis Vuitton outlet,discount for sale store sale cheap authentic louis vuitt...
http://www.louisvuittonoutletsale.net/checkout/onepage/success/

 

MERRY CHRISTMAS  SAVE $29.99 + EXTRA LED WATCH ON ORDERS OVER $299.99

**Your payment is succeed!Your order has been received**

**Thank you for your purchase!**

Your order # is: 4BDJ20110616235749.

You will receive an order confirmation email with details of your order and a link to track its progress.

Click here to print a copy of your order confirmation.

Continue Shopping



Louis Vuitton Colorful Charm Padlock Silver Bracelet

You have no items in your shopping cart.

You have no items to compare.

**MY ORDERS**

**Last ordered items**

Louis Vuitton Colorful Charm Padlock Silver Bracelet



**Order #4BDJ20110616235749**

Order Date: June 16, 2011

**Shipping Address**                                         **Billing Address**

Miami, Florida, 33131
United States

**Shipping Method**                                          **Payment Method**

- EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived    Credit Card A ( Visa )
in 5-7 business days.

**Items Ordered**

| Product Name | SKU | Price | Qty | Subtotal |
|---|---|---|---|---|
| **Louis Vuitton Colorful Charm Padlock Silver Bracelet** | Louis Vuitton_63 | $42.99 | Ordered: **1** | $42.99 |
| | | | Subtotal | $42.99 |
| | | | Shipping & Handling | $5.99 |
| | | | **Grand Total** | **$48.98** |

Composite Exhibit B

Print

Print - Close Window

Subject: Welcome,
From:    louisvuittonoutletsale.net (Purse_store@yahoo.com)
To:
Date:    Tue, 14 Jun 2011 09:55:37



**Dear**
Welcome to **pursestore.uk.com**. To log in when visiting our site just click Login or My Account at the top of every page, and then enter your e-mail address and password.

Use the following values when prompted to log in:
E-mail:
Password:

When you log in to your account, you will be able to do the following:

- Proceed through checkout faster when making a purchase
- Check the status of orders
- View past orders
- Make changes to your account information
- Change your password
- Store alternative addresses (for shipping to multiple family members and friends!)

If you have any questions about your account or any other matter, please feel free to contact us at Purse_store@yahoo.com .

Thanks again!

1 of 1                                                                                          6/14/2011 10:52 AM

Print - Close Window

Subject: Re: I want to place a order using Paypal or western union
From:    Purse Store (purse_store@yahoo.com)
To:
Date:    Wed, 15 Jun 2011 00:30:08

Yes, in that cae, we are wondering could you please place the order, and then we will give you our paypal account, so you could pay for your order.
Look forward to your early reply.

Best Regards

---

**From:** Trendy Setter <
**To:** sales_support@hotmail.com; Purse_store@yahoo.com
**Sent:** Wed, June 15, 2011 1:37:37 AM
**Subject:** I want to place a order using Paypal or western union

Hello, I would like to place a order using either Paypal or Western Union, can you send me the information I need to process my order with you.
I want to order(1) item Louis Vuitton Colorful Charm Padlock Silver Bracelet  $42.99.



Re@dNotify

Refresh Display    Close Window                                    Read Notification

**ReadNotify email tracking history**

| | |
|---|---|
| To | purse_store@yahoo.com |
| From | |
| Subject | **I want to place a order using Paypal or western union** |
| Sent on | 14-Jun-11 at 10:37:53am 'US/Pacific' time |
| 1st Open | **15-Jun-11 at 00:17:41am**  -7:00 |

(86%) Fuzhou, Fujian, China

Tracking Details

**Opened**

| | |
|---|---|
| Opened | 15-Jun-11 at 00:17:41am (UTC -7:00)  -  13hours39mins48secs after sending |
| Location | Fuzhou, Fujian, China (86% likelihood) |
| Opened on | (220.250.9.7:63879) |
| Language | of recipient's PC: en-us (English/United States), zh-cn;q=0.7 (Chinese/China), zh;q=0.3 (Chinese) |
| Browser | used by recipient: Moz/5.0 (Win; U; Windows NT 6.1; zh-CN; rv:1.9.2.17) Gecko/20110420 Firefox/3.6.17 |
| Accepts | Files browser can open: i/png,i/*;q=0.8,*/*;q=0.5 |
| Referrer | http://us. mg5. mail. yahoo. com/dc/blank. html?bn=570& . intl=cn& . lang=en-US |
| Last log | No more activity after 15-Jun-11 at 00:26:06am (UTC -7:00)  -  Log data indicates email was read for at least 8mins25secs (approx.) |

| | |
|---|---|
| **Summary  -  as at 16-Jun-11 at 10:31:28am (UTC -7:00)  -  1day23hours53mins35secs after sending** | |
| Total | Opened 3 times by 3 readers |
| Reader #1 | Opened 1 time for 8mins25secs total |
| Reader #2 | Opened 1 time |
| Reader #3 | Opened 1 time |

notification                                    about Re@dNotify    business solutions    member utilities

about Re@dNotify    business

**Case 1:11-cv-22319-UU    Document 7-3    Entered on FLSD Docket 07/25/2011    Page 32 of 39**

Print - Close Window

Subject: Re: pursestore.uk.com: New Order # 4BDJ20110615235604
From:   Purse Store (purse_store@yahoo.com)
To:
Date:   Thu, 16 Jun 2011 02:10:05

Sorry.
We could not accept the paypal payment at the moment, so could you please borrow the credit cards to pay for your order?

Best Regards

---

**From:** Trendy Setter <
**To:** louisvuittonoutletsale.net <Purse_store@yahoo.com>
**Sent:** Thu, June 16, 2011 12:04:28 AM
**Subject:** Re: pursestore.uk.com: New Order # 4BDJ20110615235604

Hello, louisvuittonoutletsale.net,
I just placed my order of one Louis Vuitton Colorful Charm padlock silver bracelet totaling $48.98. my info and address is found below. my Order # 4BDJ20110615235604. I would like to pay via paypal. my paypal account is                     can you please send me the invoice asap so i can pay for my order.

Thank You.

---

**From:** louisvuittonoutletsale.net <Purse_store@yahoo.com>
**To:**              <
**Sent:** Wednesday, June 15, 2011 8:57 AM
**Subject:** pursestore.uk.com: New Order # 4BDJ20110615235604

pursestore.uk.com
Hello
Thank you for your order from pursestore.uk.com. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at Purse_store@yahoo.com or call us at Monday - Friday, 8am - 5pm PST. Your order confirmation is below. Thank you again for your business.

**Your Order #4BDJ20110615235604 (placed on June 15, 2011)**

| Billing Information: | Payment Method: |
|---|---|
|  | Credit Card A ( Visa ) |
| United States |  |

| Shipping Information: | Shipping Method: |
|---|---|
|  | - EMS-Free shipping on orders of $60, and $5.99/item on orders under $60, usually arrived in 5-7 business days. |
| Miami, Florida, 33131 United States |  |

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **Louis Vuitton Colorful Charm Padlock Silver Bracelet** | Louis Vuitton_63 | 1 | $42.99 |
|  |  | Subtotal | $42.99 |
|  |  | Shipping & Handling | $5.99 |
|  |  | **Grand Total** | **$48.98** |

Thank you again,
**pursestore.uk.com**

Composite Exhibit C

Case 1:11-cv-22319-UU   Document 7-3   Entered on FLSD Docket 07/25/2011   Page 34 of 39

Print - Close Window

Subject:I want to place a order using Paypal or western union
From:
To:          sales_support@hotmail.com.silent.readnotify.com; Purse_store@yahoo.com.silent.readnotify.com;
Date:    Tue, 14 Jun 2011 10:37:37


Hello, I would like to place a order using either Paypal or Western Union, can you send me the information I need to process my order with you.
I want to order(1) item Louis Vuitton Colorful Charm Padlock Silver Bracelet  $42.99.

**Case 1:11-cv-22319-UU   Document 7-3   Entered on FLSD Docket 07/25/2011   Page 35 of 39**

Print - Close Window

Subject:RE: I want to place a order using Paypal or western union
From:    vivian R (sales_support@hotmail.com)
To:
Date:    Wed, 15 Jun 2011 00:03:45

Hello,
Thank you for choosing our site.
It brought to our attention that the payment of your order hasn't been received yet. As a friendly reminder, your instant payment is very important. The earlier you make the payment, the sooner you will get the item(s).
Below is the detail about your order:

Item (s):
Order Number:
Shipping Address:
We are wondering if you have any questions to pay for the order on our site? Any questions, please feel free to contact us.
We are looking forward to hearing from you.
Have a good day

Yours,
Louisvuittonoutletsale

---

Date: Tue, 14 Jun 2011 10:37:37 -0700
From:
Subject: I want to place a order using Paypal or western union
To: sales_support@hotmail.com; Purse_store@yahoo.com

Hello, I would like to place a order using either Paypal or Western Union, can you send me the information I need to process my order with you.
I want to order(1) item Louis Vuitton Colorful Charm Padlock Silver Bracelet  $42.99.



**Re@dNotify**

Refresh Display   Close Window          Read Notification

**ReadNotify email tracking history**

| To | sales_support@hotmail.com |
| From | |
| Subject | **I want to place a order using Paypal or western union** |
| Sent on | 14-Jun-11 at 10:37:41am 'US/Pacific' time |
| 1st Open | **14-Jun-11 at 23:43:53pm**  -7:00 |

(86%) Fuzhou, Fujian, China

Tracking Details

**Opened**

| Opened | 14-Jun-11 at 23:43:53pm (UTC -7:00)  -  13hours6mins12secs after sending |
| Location | Fuzhou, Fujian, China (86% likelihood) |
| Opened on | (220.250.9.7:62869) |
| Language | of recipient's PC: en-US (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 8.0; WinNT 6.1; Trident/4.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) |
| Referrer | http://by166w. bay166. mail. live. com/mail/InboxLight. aspx?FolderID=00000000-0000-0000-0000-000000000001& fav=True& n=1432151202 |

**Re-Opened**

| Opened | 14-Jun-11 at 23:58:55pm (UTC -7:00)  -  13hours21mins14secs after sending |
| Location | Fuzhou, Fujian, China (86% likelihood) |
| Opened on | (220.250.9.7:63407) |
| Language | of recipient's PC: en-US (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 8.0; WinNT 6.1; Trident/4.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) |
| Referrer | http://by166w. bay166. mail. live. com/mail/RteFrame. html?v=15. 4. 3106. 0520& pf=pf |

**Summary  -  as at 16-Jun-11 at 10:32:59am (UTC -7:00)  -  1day23hours55mins18secs after sending**

| Total | Opened 4 times by 3 readers |
| Reader #1 | Opened 2 times |
| Reader #2 | Opened 1 time |
| Reader #3 | Opened 1 time |

notification          about Re@dNotify   business solutions   member utilities

about Re@dNotify   business

Composite Exhibit D

**Case 1:11-cv-22319-UU   Document 7-3   Entered on FLSD Docket 07/25/2011   Page 38 of 39**

Print - Close Window

Subject: EMS Tracking Number
From:   Purse Store (purse_store@yahoo.com)
To:
Date:   Mon, 20 Jun 2011 22:13:33

Hello

Thank you for shopping with us. Your item has been shipped by EMS express delivery. Here is the tracking number: EE456621063CN  Arrival time (estimated): 7 days

Your package can be tracked after a few days, please enter the number at :
http://www.ems.com.cn/english-main.jsp

For your information:
1. International shipping requires more complicated shipping procedures (such as both countries customs, transit stations etc.), it will probably take longer time for your items to arrive at the final destination. Thank you for your understanding on this matter.
2. Usually there will be a delay on the delivery update system; you may consider tracking your items in a few days time

Hope you satisfy with our total service, if you have any questions, please feel free to contact us anytime.

Cheers
Louisvuittonoutletsale.net

EMS 全球邮政特快专递 WORLDWIDE EXPRESS MAIL SERVICE

Homepage Sitemap 中文

Tracking | Main Service | VIP Service | Promise Service | Service Guide | Client Feedback | Tools | About Us

- Online Tracking
- SMS Tracking
- Others
- Tracking Links

Flower & Gift Express

Enter

Most Used Functions

EMS Tracking

## Online Tracking

**EE456621063CN**

**Your item was received by sorting center(UNITED STATES OF AMERICA USJFKA) at 2011-06-21 07:49:00**

| Timing | Site | Status |
|---|---|---|
| 2011-06-19 14:42:20 | SHANGHAI | Arrival at Sorting Center |
| 20:15:00 | MINHANG | Despatch from Sorting Center |
| 20:57:35 | SHANGHAI | Despatch from Sorting Center |
| 2011-06-21 07:49:00 | UNITED STATES OF AMERICA USJFKA | Arrival at Sorting Center |

continue track: Verification Code TTVP Track

© China Courier Service Corporation All Rights Reserved.

