Composite Exhibit E

EMS 中国邮政特快专递

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EE456621063CN

POSTING DATE & TIME 2011-06-19

FROM 寄件人

CHINA

SHANGHAI

公司 / COMPANY 凤祺实业

CUSTOMER CODE 310103100026 11

POSTAL 200031

United States

Miami, Florida, 33131

33131

0.186

CHARGE 180.00 / ADD CHARGE 4.00 / TOTAL CHARGE 184.00

ACCEPTED BY (SIGNATURE) 2011 06 19 磊 RECEIVER'S NAME

CN22

10616235749

http://www.ems.com.cn

*EE456621063CN*

2011-06-19





**LOUIS VUITTON**

11-18358 WWW.LOUISVUITTONOUTLETSALE.NET
EV#0016200 7-13-11 DM

















Composite Exhibit F



# Domain

Monday, June 27, 2011 2:15 PM
From:
"                <
To:
mrguang80@yahoo.com.silent.readnotify.com


hello,

i just wanted to see if you are interested in selling your domain?
let me know

**Re@dNotify**          **Refresh Display    Close Window**          ◣ **Delivery Information**

### ReadNotify email delivery history

| | |
|---|---|
| To | mrguang80@yahoo.com |
| From | |
| Subject | **Domain** |
| Sent on | 27-Jun-11 at 14:15:15pm 'US/Pacific' time |

Delivery details

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:17pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:18pm (UTC -7:00) |
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| | |
|---|---|
| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |

| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
|--------|--------------------------------------------------------------------|
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:19pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:20pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:15:20pm (UTC -7:00) |
|--------|--------------------------------------------------------------------|
| Status | Robot **?inktomi corporation** performed SPF/DKIM Anti-spam analysis |

| Location | Sunnyvale, California, United States |
|---|---|

## Robot scanned

| Date | 27-Jun-11 at 14:15:20pm (UTC -7:00) |
|---|---|
| Status | Robot **?/inktomi corporation** performed SPF/DKIM Anti-spam analysis |
| Location | Sunnyvale, California, United States |

## Delivered

| Date | 27-Jun-11 at 14:15:23pm (UTC -7:00) |
|---|---|
| Status | dns; esmtp.maissl.com relayed (to non-DSN-aware mailer) DNS; o.mx.mail.yahoo.com; SMTP; 250 recipient ok ... relayed; expect no further notifications Final-Recipient: rfc822; mrguang80@yahoo.com |

## Delivery acknowledgement

| Date | 27-Jun-11 at 14:15:24pm (UTC -7:00) |
|---|---|
| Status | smtp; o.mx.mail.yahoo.com. [66.94.237.139], dsn=2.0.0, s |

◥ **about Re@dNotify**    ◥ **business solutions**    ◥ **member utilities**

◥ **information**    ◥ **about Re@dNotify**    ◥ **business solutions**    ◥ **member utilities**



# Shipping

Monday, June 27, 2011 2:23 PM
From:
"                    <
To:
shengli00@gmail.com.silent.readnotify.com

hello

how long does it usually take to ship to San Francisco if i buy from your site. please let me know.
thanks

---

**Re@dNotify**            **Refresh Display**  **Close Window**          **Delivery Information**

### ReadNotify email delivery history

| To | shengli00@gmail.com |
|---|---|
| From | |
| Subject | **Shipping** |
| Sent on | 27-Jun-11 at 14:23:55pm 'US/Pacific' time |

### Delivery details

**Robot scanned**

| Date | 27-Jun-11 at 14:23:57pm (UTC -7:00) |
|---|---|
| Status | Robot **google/google inc.** scanned your email |
| Location | Chicago, Illinois, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:23:57pm (UTC -7:00) |
|---|---|
| Status | Robot **google/google inc.** performed SPF/DKIM Anti-spam analysis |
| Location | Chicago, Illinois, United States |

**Robot scanned**

| Date | 27-Jun-11 at 14:23:57pm (UTC -7:00) |
|---|---|
| Status | Robot **google/google inc.** performed SPF/DKIM Anti-spam analysis |
| Location | Chicago, Illinois, United States |

**Delivery acknowledgement**

| Date | 27-Jun-11 at 14:23:58pm (UTC -7:00) |
|---|---|
| Status | smtp; gmail-smtp-in.l.google.com. [74.125.53.27], dsn=2.0.0, stat=Sent (OK 1309209836 p3si17771415icc.47) |

**Delivered**

| Date | 27-Jun-11 at 14:23:58pm (UTC -7:00) |
|---|---|
| Status | dns; esmtp.maissl.com relayed (to non-DSN-aware mailer) DNS; gmail-smtp-in.l.google.com; SMTP; 250 2.1.5 OK p3si17771415icc.47 ... relayed; expect no further notifications Final-Recipient: rfc822; shengli00@gmail.com |

▼ **information**          ► **about Re@dNotify**  ► **business solutions**  ► **member utilities**
                          ► **about Re@dNotify**  ► **business solutions**  ► **member utilities**



# Question

Monday, June 27, 2011 1:59 PM
From:
"
To:
erteer@yahoo.com.silent.readnotify.com


how long does it usually take to ship a package to San Francisco from your site?

Thank you

Returned mail: see transcript for details - Yahoo! Mail

Case 1:11-cv-22319-UU    Document 7-4    Entered on FLSD Docket 07/25/2011    Page 20 of 26



# Returned mail: see transcript for details

Monday, June 27, 2011 2:00 PM
From:
"postmaster@ReadNotify.com" <postmaster@ReadNotify.com>
To:

Message contains attachments
2 Files (3KB)



- Message001.txt
- text001

The original message was received at Mon, 27 Jun 2011 21:00:01 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had permanent fatal errors -----
<erteer@yahoo.com>
   (reason: 554 delivery error: dd This user doesn't have a yahoo.com account (erteer@yahoo.com)
[-5] - mta182.mail.ac4.yahoo.com)

  ----- Transcript of session follows -----
... while talking to a.mx.mail.yahoo.com.:
>>> DATA
<<< 554 delivery error: dd This user doesn't have a yahoo.com account (erteer@yahoo.com) [-5] -
mta182.mail.ac4.yahoo.com
554 5.0.0 Service unavailable



# domain

Monday, June 27, 2011 2:17 PM
From:
"                    <
To:
sertw@yahoo.com.silent.readnotify.com


hello

i wanted to see if you were interested in selling your domain? please let me know

---

Returned mail: see transcript for details - Yahoo! Mail

Case 1:11-cv-22319-UU   Document 7-4   Entered on FLSD Docket 07/25/2011   Page 22 of 26



# Returned mail: see transcript for details

Monday, June 27, 2011 2:17 PM
From:
"postmaster@ReadNotify.com" <postmaster@ReadNotify.com>
To:

Message contains attachments
2 Files (3KB)



- Message001.txt
- text001

The original message was received at Mon, 27 Jun 2011 21:17:24 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had permanent fatal errors -----
<sertw@yahoo.com>
    (reason: 554 delivery error: dd This user doesn't have a yahoo.com account (sertw@yahoo.com) [-5] - mta1095.mail.sp2.yahoo.com)

   ----- Transcript of session follows -----
... while talking to g.mx.mail.yahoo.com.:
>>> DATA
<<< 554 delivery error: dd This user doesn't have a yahoo.com account (sertw@yahoo.com) [-5] -
mta1095.mail.sp2.yahoo.com
554 5.0.0 Service unavailable



# Hello

Monday, June 27, 2011 2:30 PM
From:
"                <
To:
wansan019@yahoo.com.silent.readnotify.com

how long does it usually take to ship out an item from your site to the USA?

Returned mail: see transcript for details - Yahoo! Mail

Case 1:11-cv-22319-UU   Document 7-4   Entered on FLSD Docket 07/25/2011   Page 24 of 26



# Returned mail: see transcript for details

Monday, June 27, 2011 2:30 PM
From:
"postmaster@ReadNotify.com" <postmaster@ReadNotify.com>
To:

Message contains attachments
2 Files (3KB)



- Message001.txt

- text001

The original message was received at Mon, 27 Jun 2011 21:30:49 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had permanent fatal errors -----
<wansan019@yahoo.com>
   (reason: 554 delivery error: dd This user doesn't have a yahoo.com account
(wansan019@yahoo.com) [0] - mta1284.mail.ac4.yahoo.com)

   ----- Transcript of session follows -----
... while talking to k.mx.mail.yahoo.com.:
>>> DATA
<<< 554 delivery error: dd This user doesn't have a yahoo.com account (wansan019@yahoo.com)
[0] - mta1284.mail.ac4.yahoo.com
554 5.0.0 Service unavailable



# Hi

Monday, June 27, 2011 2:55 PM
From:
"                    <
To:
sert@yahoo.com.silent.readnotify.com


how long does it usually take to ship an item to the US?

Returned mail: see transcript for details - Yahoo! Mail

Case 1:11-cv-22319-UU   Document 7-4   Entered on FLSD Docket 07/25/2011   Page 26 of 26



# Returned mail: see transcript for details

Monday, June 27, 2011 2:55 PM
From:
"postmaster@ReadNotify.com" <postmaster@ReadNotify.com>
To:

Message contains attachments
2 Files (3KB)



- Message001.txt

- text001

The original message was received at Mon, 27 Jun 2011 21:55:35 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had permanent fatal errors -----
<sert@yahoo.com>
   (reason: 554 delivery error: dd This user doesn't have a yahoo.com account (sert@yahoo.com) [-5] - mta1064.mail.sp2.yahoo.com)

   ----- Transcript of session follows -----
... while talking to g.mx.mail.yahoo.com.:
>>> DATA
<<< 554 delivery error: dd This user doesn't have a yahoo.com account (sert@yahoo.com) [-5] -
mta1064.mail.sp2.yahoo.com
554 5.0.0 Service unavailable