UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:11-cv-22319-UU

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity,

        Plaintiff,

  v.

WAN SAN SAN, PENG PENG, and DOES 1-10,

        Defendants.
_____/

**DECLARATION OF HUANG YU TING
IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS**

I, Huang Yu Ting, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I submit this Declaration in support of Plaintiff's *Ex Parte* Application for Order Authorizing Alternate Service of Process (the "*Ex Parte* Application").

2. I am a lifelong resident of Guangzhou, Guangdong, China and am extremely familiar with the methods for locating proper addresses in the Peoples Republic of China. I have conducted investigative work in China for over five years. I am fluent in Mandarin, Cantonese, and English.

3. Counsel for Plaintiff requested that I confirm physical addresses and contact information in China for service of process on Defendants Wan San San and Peng Peng (collectively the "Defendants"). Also, because the physical addresses provided by Defendants in the domain name registrations for domain names at issue are false, invalid, or privacy protected, Plaintiff's counsel requested that I attempt to locate any alternative physical address at which

Defendants could be served. As detailed below, I have been unable to identify a valid physical address for service of process on Defendants.

4. I investigated the physical contact addresses provided by Defendants in connection with the WHOIS domain registrations for the domain names identified on Schedule "A" of Plaintiff's *Ex Parte* Application (the "Subject Domain Names"), and I determined each address to be false, incomplete, and/or invalid for service of process on Defendants. (See Declaration of Stephen M. Gaffigan in Support of Plaintiff's *Ex Parte* Applications and Composite Exhibit "B" attached thereto, WHOIS domain registration reports.) I also attempted to contact Defendants via the telephone numbers provided in the contact sections of the WHOIS domain registration reports regarding the Subject Domain Names; however, all of my attempts were unsuccessful as the telephone numbers are invalid and/or or an invalid means of contacting Defendants. The contact addresses and telephone numbers I investigated and the results of my investigation are set forth in detail on the chart I prepared, which is attached hereto as Exhibit "A."

5. I also conducted searches of several public databases and directories available in China, including phone directories for Hunan Province, Tianjin, Beijing, Chongqing, and Shanghai; however, I was unable to find a valid listing or physical address for service of process upon Defendants associated with any of the domain names at issue in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 7th day of July 2011, at Guangzhou, Guangdong, China.

                                                 */s/ Huang Yu Ting*
                                                 HUANG YU TING

# Exhibit A

| Domain | Registrant | Address | Address Verification | Phone # | Phone Verification |
|---|---|---|---|---|---|
| burberryoutletbags.net | peng peng | 60 xin fou na<br>founa, Hunan, CN 40023 | The address is not valid.  There is no city called "founa" in Hunan Province.  Moreover, "40023" is not a valid postal code in China | Tel: 86-050-33939877<br>Fax: 86-050-33939877 | The telephone number and fax number are not valid. A valid land line number in China must include a valid city code, and "050" is not city code in China. |
| louis-vitton-outlet-us.com | wang bin bin | tian jin 26 hao<br>tian jin, Tianjin, tian jin 530001 | The address is not valid. A valid address in Tianjin City must include a street name, building name or number, and a room number.  The address does not include the requisite information.  Additionally, "tian jin" is not a street name or building name in Tianjin City. | Tel: 86-062-57829045<br>Fax: 86-062-57829045 | The telephone number and fax number are not valid. A valid land line number in China must include a valid city code, and "062" is not city code in China. |
| louisvuittonbagsoutlet.com | xu wang | luyiwei 86 road<br>Bebing, Beijing, CN 50001 | The address is not valid.  A valid address in Beijing City must include a street name, building name or number and a room number.  Neither "luyiwei" nor "Bebing" are street or buildings names in Beijing City. | Tel: 86-010-8543421<br>Fax: 86-010-8543421 | The telephone number and fax number are not valid. Although the city code"010" is a valid city code for land line numbers in Beijing, a valid land line number in Beijing is comprised of eleven digits, including the city code "010," and these two telephone numbers provide only ten digits. |
| louisvuittonoutletb.com | li chang | guang xian lu bei kou jie<br>chong qing, Chongqing, CN 310021 | The address is not valid.  A valid address in Chongqing City must include a street name, building name or number, and a room number, and there is no street or buidling named "guang dian lu" or "bei kou jie" in Chongqing City.  Moreover, "310021" is not a valid postal code of Chongqing City. | Tel: 86-313-42120021<br>Fax: 86-313-42120021 | The telephone number and fax number are not valid. Upon placing my call to the telephone number and fax number, a voice recording informed me that the numbers are not valid and not registered. |
| louisvuittonoutletbagsus.com | peng peng | 60 xin fou na<br>founa, Hunan, CN 40023 | The address is not valid. There is no city called "founa" in Hunan Province, and "40023" is not a valid postal code in China | Tel: 86-050-33939877<br>Fax: 86-050-33939877 | The telephone number and fax number are not valid. A valid land line number in China must include a valid city code, and "050" is not a valid city code in China. |
| louisvuittonoutletd.com | wan san san | bei guang san lu 23 hao<br>he lan, Henan, CN 165434 | The address is not valid.  A valid address in Henan Province must include a city name, street name, building name or number, and a room number.  However, "he lan" is not a city in Henan Province or in China, and "165434" is not a valid postal code in China. | Tel: 86-7903-76543234<br>Fax: 86-7903-76543234 | The telephone number and fax number are not valid. Upon placing my call to the telephone number and fax number, a voice recording informed me that the numbers are not valid and not registered. |
| louisvuittonoutletg.com | li chang | guang xian lu bei kou jie<br>chong qing, Chongqing, CN 310021 | The address is not valid.  A valid address in Chongqing City must include a street name, building name or number, and a room number.  However, neither "guang dian lu" nor "bei kou jie" are street or building names in Chongqing City.  Moreover, "310021" is not a valid postal code of Chongqing City. | Tel: 86-313-42120021<br>Fax: 86-313-42120021 | The telephone number and fax number are not valid. Upon placing my call to the telephone number and fax number, a voice recording informed me that the numbers are not valid and not registered. |
| louisvuittonoutletsale.net | boser boset /<br>chen yifan | 60 xin bei ji<br>shanghi, Beijing, CN 100001 | The address is not valid. A valid address in Beijing  City must include a street name, building name or number, and a room number, and "shanghi" and "xin bei ji" are not recognized street or building names in Beijing City. | Te: 86-010-43939877<br>Fax: 86-010-43939877 | The telephone number and fax number are not valid.  Upon placing my call to the telephone number and fax number, a voice recording informed me that the numbers are not valid and not registered. |
| louisvuittonoutletusa.com | wang bin bin | tian jin 26 hao<br>tian jin, Tianjin, tian jin 530001 | The address is not valid. A valid address in Tianjin City must include a street name, building name or number, and a room number, and this address does not include the requisite information.  Moreover, "tian jin" is not a street name or building name in Tianjin City. | Tel: 86-062-57829045<br>Fax: 86-062-57829045 | The telephone number and fax number are not valid. A valid land line number in China must include a valid city code, and "062" is not city code in China. |
| pursestore.uk.com | vivian rowe | No 154 yu yao road<br>huang pu, shanghai, shanghai, CN 200001 | The address is not valid.  There is a residential complex located on No. 154, Yuyao Road, Shanghai City; however, a valid address insdie the complex must include a building number and room number, and this address does not provide the requisite information.  Moreover, there was no property management office for further inquiry. | Tel: 1.02156832539 | The telephone number is a valid land line number. However, I placed numerous phone calls to the telephone number and my calls were never answered, and I was unable to leave a message. |