UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:11-cv-22319-UU

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity,

        Plaintiff,

  v.

WAN SAN SAN, PENG PENG, and DOES 1-10,

        Defendants.
_____/

**ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

WHEREAS Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") filed its *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's *Ex Parte* Application");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summonses, Complaint, and all subsequent filings in this matter upon Defendants Wan San San and Peng Peng (collectively the "Defendants") via electronic mail ("e-mail"); and

The Court, having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's *Ex Parte* Application, hereby grants Plaintiff's *Ex Parte* Application and grants leave to Plaintiff to serve the Summonses, Complaint, and all filings in this matter, upon each Defendant at the e-mail addresses sales_support@hotmail.com, Purse_store@yahoo.com, mrguang80@yahoo.com, and shengli00@gmail.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ of _____, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record