UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

LOUIS VUITTON MALLETIER, S.A.,　　　　CASE NO.: 11-22319-CIV-UNGARO

　　　　Plaintiff(s),

v.

WAN SAN SAN, PENG PENG, and DOES 1-10,

　　　　Defendant(s).
_____/

It appearing that the defendant(s) herein, **Wan San San** and **Peng Peng**, are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Wan San San and Peng Peng as of course, on this date, _____, 2011.

SEP 0 2 2011

STEVEN M. LARIMORE
CLERK OF COURT

By: _____

Steven M. Larimore
Clerk of Court

cc:　Hon. Ursula Ungaro
　　　Counsel of Record
　　　Defendant Wan San San
　　　Defendant Peng Peng