UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22319-CIV-UNGARO

_____

Louis Vuitton Malletier, S.A.,

    Plaintiff,

v.

Wan San San, Peng Peng, and Does 1-10,

    Defendants.

_____

### ORDER ON ENTRY OF DEFAULT

THIS CAUSE came before the upon the Clerk's Default against Defendants, filed on September 2, 2011. (D.E. 12.)

THE COURT has considered the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendants on or before September 20, 2011, duly supported by affidavits and other documentation and a proposed final order. Plaintiff SHALL serve the Motion on Defendant to the extent required by Rule 55. Plaintiff is advised that failure to timely comply with this order shall result in dismissal of this action against Defendant without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of September, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record